No. 332. CRANBERRY CREEK COAL COMPANY *v.* COMMONWEALTH OF PENNSYLVANIA;

No. 333. ALLIANCE COAL MINING COMPANY *v.* COMMONWEALTH OF PENNSYLVANIA;

No. 334. LEHIGH COAL & NAVIGATION COMPANY *v.* COMMONWEALTH OF PENNSYLVANIA; and

No. 335. PHILADELPHIA & READING COAL & IRON COMPANY *v.* COMMONWEALTH OF PENNSYLVANIA. Error to the Supreme Court of the State of Pennsylvania. Argued December 3, 4, 1924. Decided December 8, 1924. *Per Curiam.* Judgments affirmed with costs, upon the authority of *Heisler* v. *Thomas Colliery Co.,* 260 U. S. 245, 255; *Oliver Iron Mining Co.* v. *Lord,* 262 U. S. 172, 177–179. *Mr. William Clarke Mason,* with whom *Mr. Charles Heebner* and *Mr. Wm. Jay Turner* were on the brief, for plaintiffs in error. *Mr. George W. Woodruff* and *Mr. John Robert Jones* appeared for defendant in error.

---

No. 402. PALMER BROTHERS COMPANY *v.* D. E. WEAVER, CHIEF OF BUREAU OF INSPECTION, ETC. Appeal from the District Court of the United States for the Western District of Pennsylvania. Argued December 4, 1924. Decided December 8, 1924. *Per Curiam.* Decree affirmed with costs, upon the authority of *Chicago Great Western Ry. Co.* v. *Kendall, ante,* 94, and last paragraph of opinion therein. *Mr. Edwin W. Smith,* with whom *Mr. Frank L. McGuire* was on the brief, for appellant. *Mr. E. Lowry Humes,* with whom *Mr. George W. Woodruff* and *Mr. Jas. O. Campbell* were on the brief, for appellee.